**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| TARAS LATAJ SAVANNAH, #K5815 | PETITIONER |
| vs. | CIVIL ACTION NO. 3:05-cv-51 WS |
| STATE OF MISSISSIPPI, ET AL. | RESPONDENTS |

**<u>FINAL JUDGMENT</u>**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the respondents' motion to dismiss [docket # 13] should be granted. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, THIS THE 27th DAY OF February, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**